CAPSTONE LAW APC
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Abigail Gertner (*pro hac vice*)
Abigail.Gertner@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
Nate.Kiyam@capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

SHOOK, HARDY & BACON L.L.P.
Michael L. Mallow, SBN 188745
mmallow@shb.com
Darlene M. Cho, SBN 251167
dcho@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Tel: (424) 285-8330
Fax (424) 204-9093

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ROHAN, NATHAN ROHAN, SANDRA YANKOW, RYAN KAUFMAN, MELODY KAUFMAN, MESHULLAM WALLACE, CALEN and TIFFANY REGNIER, DANIELLE REED, TANIA HERRERA and ALBERTO LLERENA, and BRIAN and CECILIA DEBARBERIE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC., a California corporation, and MAZDA MOTOR CORPORATION, a Japan corporation,<br><br>Defendants. | Case No. 8:24-cv-01071-JWH-KES<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. John W. Holcomb<br><br>Trial Date: None Set<br>Compl. filed: May 16, 2024 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1 of the United States District Court for the Central District of California, Plaintiffs Denise Rohan, Nathan Rohan, Sandra Yankow, Ryan Kaufman, Melody Kaufman, Meshullam Wallace, Calen and Tiffany Regnier, Danielle Reed, Tania Herrera and Alberto Llerena, and Brian and Cecilia Debarberie ("Plaintiffs") and Defendants Mazda Motor of America, Inc. and Mazda Motor Corporation ("Defendants") (collectively, the "Parties") hereby submit the following Joint Stipulation dismissing the action with prejudice:

WHEREAS, Plaintiffs filed their First Amended Complaint on August 13, 2024. (Dkt. 24);

WHEREAS, the Parties extended the deadline for Defendant to respond to the First Amended Complaint multiple times in furtherance of negotiations; and

WHEREAS, the Parties have reached a confidential settlement in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss this action **with prejudice** as to Plaintiffs' individual claims, and without prejudice as to the claims of the putative class members. Defendants have consented to this dismissal.

Dated: March 18, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Capstone Law APC

　　　　　　　　　　　　　　　　　By: /s/ *Cody R. Padgett*
　　　　　　　　　　　　　　　　　　　Cody R. Padgett
　　　　　　　　　　　　　　　　　　　Abigail J. Gertner (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　Nathan N. Kiyam

　　　　　　　　　　　　　　　　　BERGER MONTAGUE P.C.
　　　　　　　　　　　　　　　　　Russell D. Paul (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Amey J. Park (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　1818 Market Street
　　　　　　　　　　　　　　　　　Suite 3600

Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
agertner@bm.net
apark@bm.net

*Attorneys for Plaintiffs*

Dated: March 18, 2025                Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Michael L. Mallow*
Michael L. Mallow
mmallow@shb.com
Darlene M. Cho
dcho@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-3204
Tel: (424) 285-8330
Fax (424) 204-9093

**ATTESTATION**

I, Cody R. Padgett, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 18, 2025         By:   */s/ Cody R. Padgett*